# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 15cr1103/16cv1521-LAB |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION TO VACATE AND SET ASIDE SENTENCE [Dkt. 36]** |
| vs. | |
| VICTOR MANUEL CASTANEDA-MONTES, | |
| Defendant. | |

Victor Manuel Castaneda-Montes (Castaneda) filed a petition to vacate his sentence, arguing that the Court based the sentence, in part, on an unconstitutionally vague definition of "crime of violence," previously used in §4B1.2 of the United States Federal Sentencing Guidelines. The Court stayed Castaneda's petition pending the Supreme Court's decision in *Beckles v. United States*, __ U.S. __, 137 S. Ct. 886 (2017). *Beckles* has been decided, and held "[t]he Federal Sentencing Guidelines are not subject to vagueness challenges under the Due Process Clause," *id*. at 897, because the Guidelines do not implicate the twin concerns underlying the vagueness doctrine–namely "providing notice and preventing arbitrary enforcement" of the criminal law. *Id*. at 894. *Beckles* controls here and forecloses Castaneda's argument.

/ / /

/ / /

The stay is now dissolved, and Castaneda's Motion to Vacate his sentence is **DENIED**.

**IT IS SO ORDERED.**

DATED: September 25, 2018

*[signature]*

**HONORABLE LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE**